AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Armida Ruelas, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-07637-JST |
| County of Alameda, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aramark Correctional Services, LLC.

Date: 01/06/2020

/s/ Isaac D. Chaput
*Attorney's signature*

Isaac D. Chaput (326923)
*Printed name and bar number*

Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105

*Address*

ichaput@cov.com
*E-mail address*

(415) 591-7020
*Telephone number*

(415) 591-6091
*FAX number*