CORTLIN H. LANNIN (Bar No. 266488)
clannin@cov.com
ISAAC D. CHAPUT (Bar No. 326923)
ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

ERIC C. BOSSET (admitted *pro hac vice*)
ebosset@cov.com
THOMAS I. PLOTKIN (admitted *pro hac vice*)
tplotkin@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
Telephone: +1 (202) 662-6000
Facsimile: +1 (202) 662-6291

*Attorneys for Defendant Aramark Correctional Services, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; LOUIS NUNEZ-ROMERO; and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC; and DOES 1 through 10,<br><br>  Defendants. | Civil Case No.: 4:19-CV-07637 JST<br><br>**DEFENDANT ARAMARK CORRECTIONAL SERVICES, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |

1  On behalf of defendant Aramark Correctional Services, LLC and pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Aramark Correctional Services, LLC is a wholly owned subsidiary of Aramark Services, Inc., which is a wholly owned subsidiary of Aramark Intermediate HoldCo Corporation, which is a wholly owned subsidiary of Aramark, a publicly-traded company.

DATED: January 17, 2020  

COVINGTON & BURLING LLP
ERIC C. BOSSET
CORTLIN H. LANNIN
ISAAC D. CHAPUT
THOMAS I. PLOTKIN

BY:   */s/ Eric C. Bosset*
Eric C. Bosset

*Attorneys for Defendant*
*Aramark Correctional Services, LLC*