UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA RUELAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07637-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 13 |

Before the Court is Defendants Alameda County and Sheriff Gregory J. Ahern's motion to dismiss. ECF No. 13. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 4, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 26, 2020



JON S. TIGAR
United States District Judge