UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; LUIS NUNEZ-ROMERO; SCOTT ABBEY; and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC; and DOES 1 through 10,<br><br>    Defendants. | Civil Case No.: 4:19-CV-07637 JST<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR CLARIFICATION AND CORRECTION PURSUANT TO LOCAL RULE 7-11 |

Having considered the Administrative Motion for Clarification and Correction filed by Defendants Aramark Correctional Services, LLC, County of Alameda, and Gregory J. Ahern, Sheriff (collectively, "Defendants"), the papers filed in support of and the opposition, if any, thereto, and all records on file with the Court in this case, and good cause appearing therefore, IT IS HEREBY ORDERED that Defendants' Motion for Correction is GRANTED.  The Court clarifies that all Defendants moved for an order certifying an interlocutory appeal, and that the Court's Order Granting Motion for Leave to Bring an Interlocutory Appeal (Dkt. 87) applies to all Defendants.

**IT IS SO ORDERED.**

DATED: June 25, 2021


_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE