| | |
|---|---|
| DAN SIEGEL, SBN 056400<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California q94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br>Email: danmsiegel@gmail.com<br><br>*Attorneys for Plaintiffs*<br><br>GILBERT J. TSAI, SBN 247305<br>PAUL B. MELLO, SBN 179755<br>HANSON BRIDGETT LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>Email: gtsai@hansonbridgett.com;<br>pmello@hansonbridgett.com;<br><br>*Attorneys for Defendants, the County of Alameda and Gregory J. Ahern, Sheriff* | CORTLIN H. LANNIN, SBN 266488<br>ISAAC D. CHAPUT, SBN 326923<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>Email: ichaput@cov.com; clannin@cov.com<br><br>ERIC C. BOSSET (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 10th Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>Email: ebosset@cov.com<br><br>*Attorneys for Defendant Aramark Correctional Services, LLC*<br><br>*Additional Counsel on Second Page* |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; LUIS NUNEZ-ROMERO; SCOTT ABBEY; and all others similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC; and DOES 1 through 10,<br><br>       Defendants. | Case No. 4:19-cv-07637-JST<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hon. Jon S. Tigar<br><br>Date:  October 1, 2021<br>Time:  1:30 p.m.<br>Ctrm:  6 - 2nd Floor,<br>         1301 Clay Street, Oakland, CA 94612 |

*Ruelas v. County of Alameda,* Case No. 4:19-cv-07637-JST
Joint Case Management Conference Statement- 1

ANNE BUTTERFIELD WEILLS, SBN 139845
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California q94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: abweills@gmail.com;
emilyrose@siegelyee.com

*Attorneys for Plaintiffs*

SAMANTHA D. WOLFF, SBN 240280
WINSTON K. HU, SBN 306677
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: swolff@hansonbridgett.com;
whu@hansonbridgett.com

*Attorneys for Defendants, the County of Alameda and Gregory J. Ahern, Sheriff*

---

*Ruelas v. County of Alameda,* Case No. 4:19-cv-07637-JST
Joint Case Management Conference Statement- 2

Pursuant to the Court's Order of June 25, 2021 (ECF No. 90), the parties present the following case management conference statement.

### A. Status of Parties' Discovery

The parties are still exchanging written discovery. Plaintiffs served a second round of written discovery requests on the County of Alameda on July 16, 2021. The County's responses are due October 13, 2021. Plaintiffs responded to Aramark's initial requests for production and interrogatories on August 5 and August 13, 2021. Aramark made an additional production of documents on August 31, 2021 in response to plaintiffs' requests for production.

### B. Appeal

The Ninth Circuit has accepted defendants' interlocutory appeal as to the question "Do non-convicted incarcerated individuals performing services in county jails for a for-profit company that sells goods produced by incarcerated individuals to third parties outside of the county have a claim for minimum wages and overtime under Section 1194 of the California Labor Code in the absence of any local ordinance prescribing or prohibiting the payment of wages for these individuals?" The briefing schedule is set as follows:

| | |
|---|---|
| Mon., October 18, 2021 | Transcript shall be ordered. |
| Tue., November 16, 2021 | Transcript shall be filed by court reporter. |
| Mon., December 27, 2021 | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| Thu., January 27, 2022 | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| Thu., February 17, 2022 | Appellants' reply briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

///
///
///

Dated: September 29, 2021

SIEGEL, YEE, BRUNNER & MEHTA

By  /s/EmilyRose Johns
   Dan Siegel
   Anne Butterfield Weills
   EmilyRose Johns

Attorneys for Plaintiffs
ARMIDA RUELAS, DE'ANDRE EUGENE COX, BERT DAVIS, KATRISH JONES, JOSEPH MEBRAHTU, DAHRYL REYNOLDS, MONICA MASON, LUIS NUNEZ-ROMERO and SCOTT ABBEY

Dated: September 29, 2021

COVINGTON & BURLING LLP

By  /s/ Isaac D. Chaput
   Eric C. Bosset
   Cortlin H. Lannin
   Isaac D. Chaput

Attorneys for Defendant
ARAMARK CORRECTIONAL SERVICES, LLC

Dated: September 29, 2021

HANSON BRIDGETT LLP

By  /s/ Gilbert J. Tsai
   Gilbert J. Tsai
   Paul B. Mello
   Samantha D. Wolff
   Winston K. Hu

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY J. AHERN, SHERIFF

*Ruelas v. County of Alameda,* Case No. 4:19-cv-07637-JST
Joint Case Management Conference Statement- 4

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document, and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

Dated: September 29, 2021

                                                SIEGEL, YEE, BRUNNER & MEHTA

                                                By  /s/EmilyRose Johns
                                                     EmilyRose Johns