UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARMIDA RUELAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY, et al.,<br><br>Defendants. | Case No. 19-cv-07637-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 113 |
|---|---|

Discovery disputes in this case, including ECF No. 113, are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed.  The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

**IT IS SO ORDERED**.

Dated: June 10, 2022



JON S. TIGAR
United States District Judge