|   |   |
|---|---|
| | |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; LUIS NUNEZ-ROMERO; SCOTT ABBEY; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; GREGORY J. AHERN, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC; and DOES 1 through 10,<br><br>Defendants. | Case No. 4:19-cv-07637-JST-SK<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Hon. Sallie Kim |

Dahryl Reynolds, a federal prison inmate, a necessary and material witness in this case, is confined in the Federal Correctional Institution, Victorville, 13777 Air Expressway Blvd, Victorville, California 92394, in the custody of the Federal Bureau of Prisons. In order to secure this inmate's attendance at deposition it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the offices of Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, California 90067 on July 14, 2022 at 10:00 a.m.

---

*Ruelas v. County of Alameda,* Case No. 4:19-cv-07637-JST-SK
Order & Writ of Habeas Corpus ad Testificandum- 1

1         ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify at a deposition in these proceedings to be conducted at the offices of Covington & Burling LLP at the time and place above, and until completion of said deposition or as ordered by the court; and thereafter to return the inmates to the above institution; and

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of Federal Correctional Institution, Victorville, 13777 Air Expressway Blvd, Victorville, California 92394:**

        **WE COMMAND** you to produce the inmate named above to appear for deposition at the time and place above; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 7, 2022

*/s/ Sallie Kim*
_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

---

*Ruelas v. County of Alameda,* Case No. 4:19-cv-07637-JST-SK
Order & Writ of Habeas Corpus ad Testificandum- 2