UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIDA RUELAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No. 19-cv-07637-JST<br><br>**NOTICE OF HEARING**<br><br>Re: ECF No. 172 |

The Court sets a hearing on the parties' joint discovery dispute letter for March 26, 2025, at 9:30 a.m. ECF No. 172.[1] The hearing will proceed by Zoom. The parties shall meet and confer in good faith to resolve the dispute prior to the hearing.

The Court makes a few observations to guide the parties in their discussions. First, the Court did not "essentially foreclose" further discovery at the October case management conference. *Id.* at 4. It said that if the Plaintiffs believed they needed further discovery before filing a motion for class certification, the parties should meet and confer. The Court's comments about the limited bases *it* could see for further discovery were intended merely to make clear that Plaintiffs would need a good reason to ask for further discovery. Whether they now have such a reason will be a focus of the March 26 hearing. Second, while Aramark criticizes Plaintiffs for "fail[ing] to articulate with any specificity why they need this discovery to renew their motion for class certification," *id.*, Aramark does not address Plaintiffs' concern that the facts on which the original motion was based may have changed. If the facts have not changed in any material

---

[1] Although discovery matters in this case have otherwise been referred to Magistrate Judge Sallie Kim, ECF No. 115, the undersigned will resolve the present dispute because it pertains to comments the Court made at the October 8, 2024 case management conference. *See generally* ECF No. 172.

respect, or if Aramark will not argue that they have when it opposes Plaintiffs' motion, it should say so.  Otherwise, that concern will also be a topic for discussion at the hearing.

Lastly, the parties note that the Court has not yet set a briefing schedule for Plaintiffs' motion for class certification.  The parties are ordered to file a jointly proposed class certification briefing schedule within seven days of the Court's order resolving the present discovery dispute.

**IT IS SO ORDERED.**

Dated:  March 14, 2025



JON S. TIGAR
United States District Judge