CORTLIN H. LANNIN (Bar No. 266488)
clannin@cov.com
ISAAC D. CHAPUT (Bar No. 326923)
ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant Aramark Correctional Services, LLC*

*[Additional parties and counsel on signature page]*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; SCOTT ABBEY; and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF ALAMEDA; YESENIA SANCHEZ, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC; and DOES 1 through 10,<br><br>　　Defendants. | Civil Case No.: 4:19-CV-07637 JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Armida Ruelas, De'Andre Eugene Cox, Bert Davis, Katrish Jones, Joseph Mebrahtu, Dahryl Reynolds, Monica Mason, Scott Abbey, defendants County of Alameda and Sheriff Yesenia Sanchez (collectively, the "County Defendants"), and defendant Aramark Correctional Services, LLC ("Aramark") respectfully submit this joint stipulation.

WHEREAS, on March 14, 2025, this Court entered an order setting a hearing on a then-pending discovery dispute between Plaintiffs and Aramark and ordered the parties "to file a jointly proposed class certification briefing schedule within seven days of the Court's order resolving the present discovery dispute" (*see* Dkt. No. 175);

WHEREAS, Plaintiffs and Aramark subsequently resolved their discovery dispute, pursuant to which Aramark will produce certain documents and written discovery to Plaintiffs;

WHEREAS, this Court vacated the hearing scheduled for March 26, 2025 in light of the resolution of the discovery dispute (*see* Dkt. No. 176);

WHEREAS, the parties have conferred on a proposed schedule for completing the agreed-upon discovery and briefing Plaintiffs' motion for class certification;

NOW, THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE AND PROPOSE as follows:

1. Aramark shall produce the agreed-upon supplemental discovery by May 21, 2025.
2. Plaintiffs' opening motion for class certification shall be due by June 18, 2025.
3. Defendants' oppositions to Plaintiffs' motion for class certification shall be due by July 23, 2025.
4. Plaintiffs' reply shall be due by August 13, 2025.
5. The hearing on the motion shall occur on a date convenient for the Court.

DATED: April 3, 2025                    COVINGTON & BURLING LLP

By: */s/ Cortlin H. Lannin*
Cortlin H. Lannin

*Attorneys for Defendant*
*Aramark Correctional Services, LLC*

DATED:   April 3, 2025						HANSON BRIDGETT LLP


								By: /s/ Gilbert J. Tsai
								    Gilbert J. Tsai

								*Attorneys for Defendants County of Alameda and Yesenia L. Sanchez, Sheriff*

DATED:   April 3, 2025						SIEGEL, YEE, BRUNNER & MEHTA


								By: /s/ Dan Siegel
								    Dan Siegel

								*Attorneys for Plaintiffs*

2

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:**

1. Aramark shall produce the agreed-upon supplemental discovery by May 21, 2025.
2. Plaintiffs' opening motion for class certification shall be due by June 18, 2025.
3. Defendants' oppositions to Plaintiffs' motion for class certification shall be due by July 23, 2025.
4. Plaintiffs' reply shall be due by August 13, 2025.
5. The hearing on the motion shall occur on a date convenient for the Court.

DATED: _____

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Cortlin Lannin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 3, 2025          By: */s/ Cortlin H. Lannin*
                                   Cortlin H. Lannin