HANSON BRIDGETT LLP
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
PAUL B. MELLO, SBN 179755
pmello@hansonbridgett.com
SAMANTHA D. WOLFF, SBN 240280
swolff@hansonbridgett.com
MATTHEW B. SEIPEL, SBN 318358
mseipel@hansonbridgett.com
DAVID C. CASARRUBIAS-GONZÁLEZ, SBN 321994
Dcasarrubias-gonzález@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendants
COUNTY OF ALAMEDA, and
YESENIA L. SANCHEZ, SHERIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; SCOTT ABBEY; and all others similarly situated, <br><br> Plaintiffs[1], <br><br> v. <br><br> COUNTY OF ALAMEDA; YESENIA L. SANCHEZ, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC, and DOES 1 through 10, <br><br> Defendants. | Case No. 4:19-CV-07637 JST <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTY'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION** <br><br> Date:        September 18, 2025 <br> Time:        2 p.m. <br> Ctrm:        6 – 2nd floor <br> Judge:       Hon. Jon S. Tigar <br><br> Case Filed:    November 20, 2019 |

[1] Plaintiffs Joseph Mebrahtu and Luis Nunez-Romero received terminating sanctions for their discovery abuses. ECF No. 150. Mebrahtu was deemed unfit to serve as a class representative, and is therefore no longer a class representative. *Id*. at 7. As for Luis Nunez-Romero, his individual claims were dismissed with prejudice. *Id*.

Case No. 4:19-CV-07637 JST

22012938.1

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants COUNTY OF ALAMEDA, and YESENIA L. SANCHEZ, SHERIFF ("Defendants") hereby request this Court take judicial notice of the following document: California Attorney General Opinion No. CR 73-51 dated June 7, 1974, a true and correct copy of which is attached hereto as **Exhibit A**.

The opinions of State Attorney Generals are judicially noticeable as they are sources "whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *See Central Delta Water Agency v. U.S. Fish and Wildlife Service*, 653 F.Supp.2d 1066, 1079 (E.D. Cal. 2009); *Daugherty v. Experian Info. Sols., Inc.*, 847 F. Supp. 2d 1189, 1193 (N.D. Cal. 2012); *see also City of Sausalito v. O'Neill*, 386 F.3d 1186, 1223 n.2 (9th Cir. 2004) (Federal courts "may take judicial notice of a record of a state agency not subject to reasonable dispute.").

DATED:  July 30, 2025

HANSON BRIDGETT LLP

By:        *s/ David C. Casarrubias-González*
GILBERT J. TSAI
PAUL B. MELLO
SAMANTHA D. WOLFF
MATTHEW B. SEIPEL
DAVID C. CASARRUBIAS-GONZÁLEZ
Attorneys for Defendants
COUNTY OF ALAMEDA, and
YESENIA L. SANCHEZ, SHERIFF

-2-                                    Case No. 4:19-CV-07637 JST
REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF COUNTY'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION

22012938.1