ANNE BUTTERFIELD WEILLS, SBN 139845
EMILYROSE JOHNS, SBN 294319
SARA BELADI, SBN 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Emails: abweills@gmail.com;
emilyrose@siegelyee.com;
sbeladi@protonmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ARMIDA RUELAS; DE'ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL REYNOLDS; MONICA MASON; SCOTT ABBEY; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; YESENIA SANCHEZ, SHERIFF; ARAMARK CORRECTIONAL SERVICES, LLC; and DOES 1 through 10,<br><br>Defendants. | ) Case No. 4:19-cv-07637-JST<br>)<br>) **JOINT STIPULATION AND**<br>) **[PROPOSED] ORDER SETTING**<br>) **LENGTH OF REPLY BRIEF**<br>)<br>) Case Filed:   November 20, 2019<br>) Trial Date:    None set<br>) Judge:         Hon. Jon S. Tigar<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Armida Ruelas, De'Andre Eugene Cox, Bert Davis, Katrish Jones, Joseph Mebrahtu, Dahryl Reynolds, Monica Mason, Scott Abbey, defendants County of Alameda and Sheriff Yesenia Sanchez (collectively, the "County Defendants"), and defendant Aramark Correctional Services, LLC ("Aramark") respectfully submit this joint stipulation.

WHEREAS, on April 9, 2025 and July 17, 2025, the Court granted the parties' joint stipulations setting and then modestly adjusting the briefing schedule on plaintiffs' motion for class certification (ECF Nos. 178; 184);

WHEREAS, on June 18, 2025, plaintiffs filed a single motion for class certification (ECF No. 182);

WHEREAS, on July 30, 2025, the County of Alameda defendants and defendant Aramark each filed their oppositions to Plaintiffs' motion for class certification (ECF Nos. 186; 187);

WHEREAS, plaintiffs intend to file a single reply to both oppositions;

WHEREAS, plaintiffs requested and defendants stipulated that the length of plaintiffs' single reply brief be no more than 25 pages;

NOW, THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE AND PROPOSE as follows:

1. Plaintiffs are permitted to file one reply to defendants' oppositions of up to 25 pages in length.

Dated: August 26, 2025          SIEGEL, YEE, BRUNNER & MEHTA


By: /s/ *EmilyRose Johns*
    EmilyRose Johns

*Attorneys for Plaintiffs*

Dated: August 26, 2025          COVINGTON & BURLING LLP


By: /s/ *Cortlin H. Lannin*
    Cortlin H. Lannin

*Attorneys for Defendant*
ARAMARK CORRECTIONAL SERVICES, LLC

Dated: August 26, 2025          HANSON BRIDGETT LLP


By: /s/ *Gilbert J. Tsai*
    Gilbert J. Tsai

*Attorneys for Defendants*
COUNTY OF ALAMEDA AND YESENIA L. SANCHEZ, SHERIFF

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document, and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

_____/s/ *Kayla Jerome*_____
Kayla Jerome

*Ruelas v. County of Alameda*, No. 4:19-cv-07637-JST
Joint Stipulation and [Proposed] Order Setting Length of Reply Brief - 3

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:**

1.      Plaintiffs are permitted to file one reply to defendants' oppositions up to 25 pages in length.


DATED: September 2, 2025

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE